UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE RAUL MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:14-cv-00385-SKO<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 14 days to file and serve the transcript. There is good cause for this extension. Defendant respectfully requests this extension to correct a defect in the electronic transcript. The current due date is August 18, 2014. The new due date (taking into account the September 1, 2014 Labor Day holiday) will be September 2, 2014. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

1- Stipulation and Order for a First Extension of Time

Dated: August 18, 2014        /s/ *Brian C. Shapiro*
                              (By email authorization on August 18, 2014)
                              BRIAN C. SHAPIRO
                              Attorney for Plaintiff


Dated: August 15, 2014        BENJAMIN B. WAGNER
                              United States Attorney


                         By:  /s/ *Jennifer Lee Tarn*
                              JENNIFER LEE TARN
                              Special Assistant United States Attorney
                              Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant shall file and serve the administrative record by no later than September 2, 2014.

IT IS SO ORDERED.

Dated:   **August 20, 2014**                    /s/ **Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE