# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

RENE RAUL MARTINEZ,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

_____/

Case No.  1:14-cv-00385-SKO

**ORDER REMANDING ACTION FOR
FURTHER PROCEEDINGS**

     On May 20, 2016, the Ninth Circuit Court of Appeals granted the parties' joint motion for a full remand and instructed this Court to remand the action to the Commissioner for further administrative proceedings as set forth in the parties' stipulation.  (Doc. 24.)

     Accordingly, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's Order.  The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **July 5, 2016**　　　　　　　　　　　/s/ *Sheila K. Oberto*

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE