Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Rene Raul Martinez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE RAUL MARTINEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-00385-SKO<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Rene Raul Martinez be awarded attorney fees and expenses in the amount of eight thousand five hundred dollars ($8,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no additional costs other than those taxed by the Ninth Circuit under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil

action and appellate action No. 15-16691, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Rene Raul Martinez, the government will consider the matter of Rene Raul Martinez's assignment of EAJA fees to Lawrence D. Rohlfing.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Rene Raul Martinez, but if the Department of the Treasury determines that Rene Raul Martinez does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Rene Raul Martinez.[1]  Any payments made shall be delivered to Lawrence D. Rohlfing.

This stipulation constitutes a compromise settlement of Rene Raul Martinez's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Rene Raul Martinez and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action and appellate action No. 15-16691.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 16, 2016       Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*
BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Rene Raul Martinez

DATED: August 30, 2016         PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Jennifer Lee Tarn*
_____
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

### **ORDER**

Based upon the above "Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920" (Doc. 28), IT IS ORDERED that fees and expenses in the amount of eight thousand five hundred dollars ($8,500.00) under EAJA, 28 U.S.C. § 2412(d), and no additional costs other than those taxed by the United States Court of Appeals for the Ninth Circuit under 28 U.S.C. § 1920, be awarded subject to the terms of the above Stipulation.

IT IS SO ORDERED.

1 | Dated: **September 7, 2016**               /s/ *Sheila K. Oberto*
2 |                                            UNITED STATES MAGISTRATE JUDGE